1  Eric Houser (SBN 130079)
   Jennifer L. Lallite (SBN 230135)
2  HOUSER & ALLISON
   A Professional Corporation
3  3760 Kilroy Airport Way, Suite 260
4  Long Beach, California 90806
   Phone: (949) 679-1111
5  Fax: (949) 679-1112
6  jlallite@houser-law.com

7  Attorneys for Defendant,
   Ocwen Loan Servicing, LLC; Mortgage Electronic Registration System, Inc.; and
8  HSBC Bank USA, N.A.

9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOAN A. DEMAREST, an Individual | CASE NO. CV09-1687 |
| Plaintiff, | HON. Margaret M. Morrow (SSx) |
| vs. | **DEFENDANTS' NOTICE OF NON-OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| QUICK LOAN FUNDING, INC., a California Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; Aztec Foreclosure Corporation, a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware Corporation; HSBC BANK USA, N.A., a National Banking Association; PLATINUM COAST ESCROW, INC., a California Corporation; and DOES 1-50, inclusive, Defendants. | |

1

Notice of Non-opposition

1  **TO THE COURT, PLAINTIFF AND PARTIES HEREIN:**

2      Defendants OCWEN LOAN SERVICING, LLC, HSBC BANK USA, N.A.,
3  and MERS file the instant statement of non-opposition to the Plaintiff's application
4  for temporary restraining order, filed in this Court on March 20, 2009, as
5  Defendants were unable, despite a good faith effort, to comply with the Court's
6  deadline that any opposition to the application for temporary restraining order must
7  be submitted by 12 noon on March 23, 2009.

8

9  Dated:  March 23, 2009          HOUSER & ALLISON
                                       A Professional Corporation
10

11

12                                        /s/ Eric D. Houser
13                                        Eric D. Houser
                                       Jennifer L. Lallite
14                                         Attorneys for Defendants,
                                       Ocwen Loan Servicing, LLC; Mortgage
15                                         Electronic Registration System, Inc.; and
16                                         HSBC Bank USA, N.A.

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) SS
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

On March 23, 2009, I served the following document(s) described as follows:

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER**

On the following interested parties in this action:

[X] VIA FIRST CLASS MAIL—CCP §§ 1013(a); 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Long Beach, California, with postage thereon fully prepaid that same day in the ordinary course of business.

Aidan W. Butler, Esq.
3940 Wilshire Boulevard, Suite 1030
Los Angeles, California 90010
Tel: (213) 388-5168
Facsimile: (213) 388-5178

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2009, Long Beach, California.

/s/ Anne Tran
Anne Tran

---

NOTICE OF NON-OPPOSITION