# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN A. DEMAREST, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>QUICK LOAN FUNDING, INC., et al.,<br><br>  Defendants. | CASE NO. CV09-01687 MMM (SSx)<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

**TO DEFENDANTS QUICK LOAN FUNDING, INC., OCWEN LOAN SERVICING, LLC, AZTEC FORECLOSURE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HSBC BANK USA, N.A., and PLATINUM COAST ESCROW, INC.:**

Based upon the verified complaint on file herein, and plaintiff's ex parte application, points and authorities, and the supporting declarations exhibits thereto, also filed herein,

YOU ARE ORDERED TO SHOW CAUSE on **Monday, April 6, 2009 at 10 A.M.** in courtroom 780 of the above-entitled court located at the Roybal Federal Building, 255 E. Temple Street in Los Angeles, California, why you, your employees, agents, representatives, and all those

acting in concert with you should not be restrained and enjoined pending trial in this matter from:

    1.    Conducting a trustee's sale on the real property located at the address commonly known as 6568 Sheltondale Avenue, West Hills, CA 91307.

PENDING HEARING of the above Order to Show Cause, you, your employees, agents, representatives, and all those acting in concert with you,

ARE HEREBY RESTRAINED FROM:

    1.    Conducting a trustee's sale on the real property located at the address commonly known as 6568 Sheltondale Avenue, West Hills, CA 91307.

This Order to Show Cause and supporting papers shall be served on all defendants no later than **Tuesday, March 24, 2009 by 5 P.M.** by **personal** service. Proof of such service shall be filed no later than: **Wednesday, March 25, 2009 by 12 Noon**.

The following briefing schedule shall apply:

    Any opposition to the Order to Show Cause shall be filed and served on the plaintiff no later than **Friday, March 27, 2009 at 5 p.m.**

    Any reply papers shall be filed and served no later than **Wednesday, April 1, 2009 at 12 Noon**.

    **IT IS SO ORDERED.**

DATED: March 23, 2009 5 P.M.        *Margaret M. Morrow*
                                                  MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE