

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOAN A. DEMAREST, an individual,

          Plaintiff,

   vs.

QUICK LOAN FUNDING, INC., etc.,,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV09-1687 MMM (SSx)

PRELIMINARY INJUNCTION

Based on plaintiffs' application and a notice of non-opposition filed by defendants, the court entered a temporary restraining order and order to show cause in this action on March 23, 2009. The parties submitted further briefs and the court held a hearing on the order to show cause on April 6, 2009 at 10:00 a.m.    Having reviewed the evidence, arguments,  and memoranda submitted by the parties in connection with the application for temporary restraining order and order to show cause, and the files and records in this action, and having heard the oral argument of counsel, the court finds that entry of a preliminary injunction is warranted.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to Rules 52 and 65 of the Federal Rules of Civil Procedure, the court adopts as

the findings of fact and conclusions of law supporting its entry of a preliminary injunction its order
granting plaintiffs' application for preliminary injunction dated April 6, 2009.  A copy of the
court's April 9 order is attached hereto as Exhibit "A," and incorporated herein as though fully
set forth.

## PRELIMINARY INJUNCTION

In accordance with the court's findings of fact and conclusions of law, IT IS HEREBY
ORDERED that during the pendency of this action, defendants Quick Loan Funding, Inc., Ocwen
Loan Servicing, Llc, Aztec Foreclosure Corporation, Mortgage Electronic Registration Systems,
Inc., HSBC Bank USA, N.A., and Platinum Coast Escrow, Inc. are enjoined from conducting a
trustee's sale on the real property located at the address commonly known as 6568 Sheltondale
Avenue, West Hills, CA 91307.

DATED: April 6, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE