JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN A. DEMAREST, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>QUICK LOAN FUNDING, INC., a California Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability; AZTEC FORECLOSURE CORPORATION, a California Corporation; HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE2, PLATINUM COAST ESCROW, INC., a California Corporation; and DOES 1–10, inclusive,<br><br>Defendants. | CASE NO. CV 09-01687 MMM (SSx)<br><br>JUDGMENT FOR DEFENDANTS |

On May 17, 2010, the court dismissed *pro se* plaintiff Joan Demarest's claims against defendants Quick Loan Funding, Inc., Aztec Foreclosure Corporation, and Platinum Coast Escrow, Inc. without prejudice for failure to serve the summons and complaint in a timely fashion as required by Rule 4(m) of the Federal Rules of Civil Procedure. On March 29, 2010, the remaining defendants, Ocwen Loan Servicing, LLC and HSBC Bank USA, N.A., moved for summary judgment on the claims in plaintiff's second amended complaint. The matter was heard on June 7, 2010. Having considered the evidence presented by the parties, reviewed the briefs, and heard argument, the court granted the motion on June 7, 2010.

IT IS THEREFORE ORDERED AND ADJUDGED that:

1. Plaintiff take nothing by way of her complaint;

2. The preliminary injunction entered by the court on April 6, 2009 is dissolved; and

3. The action be, and it hereby is, dismissed.

DATED: June 7, 2010

                                            MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE